AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN           DISTRICT OF           NEW YORK

Sylvia & Alan Burrus

v.

CITY OF NEW YORK, et al.

APPEARANCE

Case Number: 07CV5573(KMK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The City of New York, Police Commissioner Raymond Kelly, Kings County DA Charles Hynes and Assistant District Attorneys Lawrence Oh and Suzanne Corhan by:
David M. Pollack, Assistant Corporation Counsel
Special Federal Litigation Division,
New York City Department of Law
100 Church Street, Rm. 3-140
New York, NY 10007

I certify that I am admitted to practice in this court.

July 10, 2007
Date

*signature*
Signature

David M. Pollack, ACC            DP/3873
Print Name                       Bar Number

100 Church Street, Room 3-140
Address

New York, New York    10007
City              State           Zip Code

(212) 788-1894                   (212) 788-9776
Phone Number                     Fax Number